

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2018

No. 04-17-00434-CV

Roger **WIATREK**,
Appellant

v.

Laura **WIATREK**,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-12-0756-CVW
Honorable Russell Wilson, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appellee's motion to dismiss for mootness is GRANTED, and this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that appellee Laura Wiatrek recover her costs of this appeal from appellant Roger Wiatrek.

It is so **ORDERED** on October 10, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2018.

_____
Keith E. Hottle, Clerk of Court